UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIELLE VICTOR,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA., et al..,<br><br>Defendants. | Civil No. 25-cv-11051-ADB |

**ORDER OF DISMISSAL**

BURROUGHS, D.J.

In accordance with the Memorandum and Order dated June 4, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

Dated: June 4, 2025

/s/ Karen Folan
Deputy Clerk