FILED
IN CLERKS OFFICE
2025 JUN -9 PM 2:05

Danielle Victor
4 Loring Road
Methuen, MA 01844
978-857-4885
daniellekvictor@gmail.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**DANIELLE VICTOR,**
Plaintiff-Petitioner,

v.

**THE UNITED STATES OF AMERICA, et al.,**
Defendants-Respondents.

**District Court Case No.:** 1:25-cv-11051

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Danielle Victor, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the following orders of the district court:

- Docket 15 – Order denying Plaintiff's Motion to Compel Judicial Determination and Emergency Relief, entered on June 4, 2025, and
- Docket 16 – Order dismissing the action sua sponte, also entered on June 4, 2025.

Plaintiff respectfully asserts that these orders were issued in a manner that raises serious concerns regarding judicial neutrality and procedural fairness. The timing of the

June 4, 2025 rulings is particularly suspect, as it directly coincided with Plaintiff's submission, via U.S. Mail and First Circuit filing, of a Writ of Mandamus urging immediate action on the District Court's delay in addressing her Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, and related motions.

Judge Allison D. Burroughs' knowledge of a parallel case involving similar allegations of technological surveillance and unlawful monitoring, over which she also presides, further raises the appearance of strategic, retaliatory, or pretextual issuance of dismissive rulings in this matter.

Plaintiff believes that the district court's conduct and rulings are part of a broader, unconstitutional pattern of procedural obstruction, selective silence, and biased adjudication designed to shield institutional and government defendants from accountability, particularly in cases involving unlawful surveillance, technological harassment, and interference with constitutionally protected activity.

This appeal seeks meaningful review of the district court's failure to act in accordance with law and equity. The orders and rulings have caused irreparable harm to Plaintiff's constitutional rights and have failed to address the ongoing

judicial misconduct, conspiracy, and deprivation of due process rights.

**LEGAL STANDARD**

Under **Federal Rule of Appellate Procedure 3**, a party may file a notice of appeal to the court of appeals from a district court's order or judgment. The right to appeal is not limited to final judgments but includes interlocutory orders such as denials of injunctive relief, which are immediately appealable.

The standard for filing a notice of appeal is procedural and does not require an accompanying motion for leave unless the appellant is proceeding in forma pauperis (IFP). Here, Plaintiff has also filed or intends to file a motion to proceed IFP to alleviate any filing fee burden.

**ARGUMENT**

**1. The Appeal Is Not Frivolous**

Plaintiff's appeal raises substantial legal questions involving violations of constitutional rights, including the right to due process and a fair trial, and ongoing judicial misconduct and conspiracy by government actors. The issues involve the denial of emergency injunctive relief essential to prevent irreparable injury, harm, and the deprivation of Plaintiff's rights under the First, Fourth, and Fourteenth Amendments.

**2. Interlocutory Appeal of Denial of Injunctive Relief Is Permissible**

Federal appellate courts recognize that orders denying TROs and preliminary injunctions are immediately appealable because such rulings effectively deny a party the right to immediate relief pending trial *(see Burlington N. Santa Fe R.R. Co. v. Bhd. of Maint. of Way Employees, 520 U.S. 305, 309 (1997)).*

**3. Judicial Neutrality and Bias Issues Warrant Immediate Review**

This appeal presents compelling evidence of judicial bias and systemic abuse within the District of Massachusetts court system that threatens Plaintiff's ability to secure a fair hearing. Immediate appellate review is necessary to protect the integrity of the judiciary and Plaintiff's constitutional guarantees.

**4. The Denial of Emergency Relief Threatens Irreparable Harm**

Plaintiff faces ongoing and escalating irreparable harm, including continued unconstitutional surveillance, technological harassment, and deprivation of liberty interests. The district court's refusal to rule timely on emergency motions exacerbates this harm.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court issue a Notice of Appeal to allow her to seek

review of the interlocutory orders denying emergency injunctive relief and other related motions, as the appeal raises significant legal and constitutional issues that warrant immediate consideration.

**Dated:** June 5, 2025

Respectfully Submitted,

Danielle Victor
Plaintiff, Pro Se
4 Loring Road Methuen, MA 01844
daniellekvictor@gmail.com
978-857-4885
THE LIGHT OF GOD NEVER FAILS